*State, Respondent, v. Lemmon, Petitioner*, No. 91585-7. Petition for review of a decision of the Court of Appeals, No. 32291-2-III, March 17, 2015, 186 Wn. App. 1032. *Denied* September 2, 2015.

*State, Respondent, v. Bush, Petitioner*, No. 91588-1. Petition for review of a decision of the Court of Appeals, No. 31894-0-III, March 17, 2015, 186 Wn. App. 1031. *Denied* September 2, 2015.

*State, Respondent, v. Manlove, Petitioner*, No. 91590-3. Petition for review of a decision of the Court of Appeals, No. 32232-7-III, March 17, 2013, 186 Wn. App. 433. *Denied* September 2, 2015.

*State, Respondent, v. Briones Flores, Petitioner*, No. 91592-0. Petition for review of a decision of the Court of Appeals, No. 44952-8-II, March 24, 2015, 186 Wn. App. 1034. *Denied* September 2, 2015.

*State, Respondent, v. Irish, Petitioner*, No. 91611-0. Petition for review of a decision of the Court of Appeals, No. 45509-9-II, March 31, 2015, 186 Wn. App. 1040. *Denied* September 2, 2015.

*State, Respondent, v. Ellison, Petitioner*, No. 91612-8. Petition for review of a decision of the Court of Appeals, No. 44951-0-II, March 31, 2015, 186 Wn. App. 780. *Denied* September 2, 2015.

*State, Respondent, v. Brentin et al., Petitioners*, No. 91613-6. Petition for review of a decision of the Court of Appeals, Nos. 44847-5-II and 44877-7-II, March 31, 2015, 186 Wn. App. 1039. *Denied* September 2, 2015.

*In re Estate of Wimberley*, No. 91614-4. Petition for review of a decision of the Court of Appeals, No. 31757-9-III, January 29, 2015, 186 Wn. App. 475. *Denied* September 2, 2015.